**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>UNITED STATES DISTRICT JUDGE | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

January 4, 2021

MEMORANDUM TO MICHAEL ELLIKER, ESQ.

    Re:    *William Ozah v. James Fretwell, et al.*
               Civil Action No. CCB-18-1063

Dear Mr. Elliker:

    I have received your request for reimbursement (ECF 48), which appears reasonable. Ordinarily, under our Local Rules, such requests are not submitted until the conclusion of the representation. Please let me know by January 11, 2021, whether this is intended to be a final request, or whether there is a need for interim reimbursement in this case.

                                             Sincerely yours,

                                              /S/
                                           Catherine C. Blake
                                           United States District Judge